# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

　　　　　　　　　Plaintiff,

　　v.

Yoselin GONZALEZ-Banos,

　　　　　　　　　Defendant.

Case No.:　'25  MJ2326

COMPLAINT FOR VIOLATION OF

Title 18 U.S.C. § 1546(a)
False Personation in Immigration
Matters (Felony)

The undersigned complainant being duly sworn states:

On or about May 2, 2025, within the Southern District of California, defendant , when applying for admission to the United States, did knowingly personate another, and evade and attempt to evade the immigration laws by appearing under an assumed and fictitious name without disclosing his true identity, to wit, defendant presented a California identification card bearing the name with the initials M.B.E. to a Customs and Border Protection Officer at the San Ysidro, California port of entry; in violation of Title 18, United States Code, Section 1546(a).

The complainant states that this complaint is based on the attached probable cause statement, which is incorporated herein by reference.

_____
Mario Valdes-Vasquez, Enforcement Officer
U.S. Customs and Border Protection

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, on May 5, 2025.

_____
HON. MITCHELL D. DEMBIN
U.S. MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

I, United States Customs and Border Protection (CBP) Officer Giovan Tarantino, declare under penalty of perjury the following to be true and correct:

On May 02, 2025, at approximately 5:43 P.M., Yoselin GONZALEZ-Banos (Defendant) applied for admission into the United States from Mexico via the San Ysidro, California Port of Entry pedestrian primary lanes. Upon inspection before a United States Customs and Border Protection (CBP) Officer, Defendant presented a California identification card bearing the name with initials M.B.E. and stated she was going to Chula Vista, California. The CBP Officer asked Defendant when was the last time she crossed the border and Defendant stated she crossed two weeks prior. Queries revealed conflicting results. Defendant was referred to secondary for further inspection.

In secondary, Defendant was searched by fingerprint and photograph comparison through the Automated Biometric Identification System (IDENT) and the Integrated Automated Fingerprint Identification System (IAFIS), which returned negative results. A CBP Officer asked Defendant where she was born and Defendant stated she was born in Indio, California. During further questioning, Defendant admitted to her real name and date of birth and stated she was born in Pachuca,Hidalgo, Mexico.

Executed on this 2nd day of May at 9:01 P.M.

Giovan Tarantino / CBP Officer

On the basis of the facts presented in the Probable Cause Statement consisting of (1) pages, I find probable cause to believe that the defendant named herein committed the offense on May 2nd, 2025, in violation of Title 18, United States Code, Section 1546a.

MAGISTRATE JUDGE

8:34 AM, May 3, 2025

DATE / TIME